774

No. 565. FAIRFIELD STEAMSHIP CORP. v. COMMISSIONER OF INTERNAL REVENUE. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Frank V. Barns* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Harry Baum* for respondent.

No. 567. VAN DER LOÒ v. PORTER, PRICE ADMINISTRATOR. November 12, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Charles W. Arth* for petitioner. *Acting Solicitor General Washington, Richard H. Field, William R. Ming, Jr.* and *Israel Convisser* for respondent.

No. 570. JOHN HANCOCK MUTUAL LIFE INSURANCE Co. v. UNITED STATES. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Garald K. Richardson* for petitioner. *Solicitor General McGrath, Assistant Attorney General Bazelon, Roger P. Marquis* and *Wilma C. Martin* for the United States.

No. 584. WATERMAN STEAMSHIP CORP. ET AL. v. PAN-AMERICAN TRADE & CREDIT CORP. ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Russell Conwell Gay* for petitioners. *Arthur O. Louis* for respondents.